**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>Arcadio Pérez-Osorio<br><br>Defendant | August 17, 2005<br><br>CR. 98-101-01 (SEC) |

**ORDER**

Since defendant has not been arrested, the Order to Show Cause Hearing is reset for August 30, 2005 at 9:30 a.m. .

GUSTAVO A. GELPI
U.S. MAGISTRATE JUDGE


S/ Carlos J. Rodríguez
Deputy Clerk