# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    DATE: August 22, 2005

HONORABLE AIDA M. DELGADO-COLON, U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón      Case No. CR.98-101-08 (SEC)

==============================================================

United States of America          ATTORNEYS:  Desiree Laborde

Plaintiff

vs.

Arcadio Pérez-Osorio                           Héctor Guzmán, FPD

Defendant(s)

==============================================================

    Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. Gustavo Gelpí, U.S. Magistrate Judge on August 9, 2005.

    Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of supervised release is set for August 30, 2005 at 9:30 a.m. before Gustavo Gelpí, U.S. Magistrate Judge.**

    Defendant was assisted by Héctor Guzmán, Federal Public Defender, however, Juan Matos de Juan is the attorney on record.

                                          s/ Sarah V. Ramón
                                          Sarah V. Ramón, Deputy Clerk