# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                     DATE: 8-30-05

HONORABLE GUSTAVO A. GELPI, U.S. MAGISTRATE JUDGE

COURTROOM DEPUTY: CARLOS J. RODRIGUEZ        Cr. 98-101-01(SEC)

C. REPORTER : FTR

INT : HILDA GUTIERREZ
===============================================================

UNITED STATES OF AMERICA        AUSA- ERNESTO LOPEZ-SOLTERO

Plaintiff(s)

V.

ARCADIO PEREZ-OSORIO            AFPD-RAFAEL ANDRADE

Defendant(s)
===============================================================

CASE CALLED FOR SHOW CAUSE HEARING. Defense counsel informed the Court that no evidence will presented to rebut the motion filed by the U.S. Probation Officer. Magistrate Gelpí entered his findings of probable cause that defendant Arcadio Pérez-Osorio violated his conditions of supervised relase. A Report and Recommendation will be issued to Honorable Judge Casellas and the matter is referred for final revocation hearing. Defendant shall remain committed.

S/ Carlos J. Rodríguez
Deputy Clerk
