**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff<br><br>　　v.<br><br>ARCADIO PEREZ OSORIO<br><br>　　Defendant | **CRIMINAL NO. 98-101 (SEC)** |

## FINDINGS AND RECOMMENDATION

On this date the undersigned held a preliminary hearing to determine cause as to whether defendant violated his supervised release terms. The Government was represented by AUSA Ernesto López Soltero. Defendant was represented by AFPD Rafael Andrade.

Defendant did not contest the Probation Officer's report of violations (Docket No. 291). Accordingly, the undersigned finds probable cause.

The matter shall be set for a final revocation hearing before Judge Casellas.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of August, 2005.

*S/ Gustavo A. Gelpi*

　　　　　　　　　　GUSTAVO A. GELPI
　　　　　　　　　United States Magistrate-Judge