**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        vs.<br><br>JUAN J. GARCIA,<br>    Defendant. | Cr. NO.  05-329 M |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

1.   Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Juan J. Garcia.

2.   Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made to the AFPD assigned to the case. Request that electronic notifications to the Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated.

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 1st day of September, 2005.

JOSEPH C. LAWS, JR.
Federal Public Defender
District of Puerto Rico

*S/ Rafael Andrade-Ravelo*
RAFAEL ANDRADE-RAVELO
USDC-PR 221308
A.F.P.D. for Defendant
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : Rafael_Andrade@fd.org