# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE SALVADOR E. CASELLAS

COURTROOM DEPUTY: Sulma LOPEZ-DEFILLO          DATE: October 18, 2005

COURT REPORTER: Diane BREAZ          **CRIM. NO. 98-101 (7)(SEC)**

COURT INTERPRETER: Hilda GUTIERREZ

=======================================================================
Attorneys:

UNITED STATES OF AMERICA          AUSA, TIMOTHY HENWOOD

vs.

ARCADIO PEREZ-OSORIO          AFPD, RAFAEL ANDRADE-RAVELO

=====================================================================

The defendant is present in court. He is __X__ under custody ___ on bond

     **CASE CALLED FOR REVOCATION HEARING**.

__X__ Defendant admits having violated his conditions of Supervised Release.

     **SENTENCE IMPOSED ON AUGUST 27, 1999 is REVOKED**.

**SENTENCE**: Imprisonment for a term of FOUR (4) months with no supervision to follow.

_____          *S/ Sulma López-Defilló*
                                             Courtroom Deputy Clerk